NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEWIS BROWN,**

*Claimant-Appellant*

v.

**TODD HUNTER, Acting Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1026

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-3218, Judge Scott Laurer.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The motion is granted and the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 5, 2025